**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**M.S.,**

**Plaintiff,**

**v.**

**Civil Action No. 3:23-cv-00046**

**Honorable Robert C. Chambers**

**AMAZON.COM, INC.,**
**a Delaware Corporation,**
**AMAZON.COM SERVICES LLC,**
**a Delaware Limited Liability Company, and**
**JOHN DOE ENTITIES 1-10,**

**Defendants.**

**JOINT MOTION FOR ENTRY OF STANDARD AGREED PROTECTIVE ORDER**

Previously, the parties jointly moved the Court to enter a customized modification of the Court's Agreed Protective Order. *See, Joint Motion for Entry of An Agreed Protective Order* (Doc. 27). The Court then communicated with all counsel via email, inquiring as to the reasons for the submission of the customized proposed Order. Since then, counsel for the parties have further conferred, and at this time all parties are in agreement that the Court's standard Agreed Protective Order should be entered. Accordingly, the parties hereby submit for entry, **Exhibit A**, which is this Court's standard Agreed Protective Order, with the e-signatures of counsel for all parties affixed thereto.

The parties further jointly move the Court to effectuate the withdrawal of the parties' previously filed joint motion, Doc. 27.

Respectfully submitted this 2nd day of January, 2024.

*/s/ Erik W. Legg*
Joseph M. Farrell, Jr., Esquire (WVSB #1167)
Erik W. Legg, Esquire (WVSB #7738)
**FARRELL, WHITE & LEGG PLLC**
914 5th Avenue, P.O. Box 6457

Huntington, WV 25772-6457
Telephone: (304) 522-9100
Facsimile: (304) 522-9162
jmf@farrell3.com
ewl@farrell3.com
*Counsel for AMAZON.COM, Inc. and AMAZON.COM Services LLC*

*/s/ Taylor M. Norman, by permission*
L. Lee Javins II, Esquire (WVSB #6613)
David A. Bosak, Esquire (WVSB #11947)
Taylor. M. Norman, Esquire (WVSB #13026)
**BAILEY JAVINS & CARTER LC**
213 Hale Street
Charleston, WV 25301
Telephone: (304) 345-0346
Fax: (304) 345-0375
ljavins@bjc4u.com
dbosak@bjc4u.com
tnorman@bjc4u.com

Ben Salango, Esquire (WVSB #7790)
Christian A. Huffman, Esquire (WVSB #14205)
**SALANGO LAW, P.L.L.C.**
206 Capitol Street, Suite 206
Charleston, WV 25301
Telephone: (304) 342-0512
ben@salangolaw.com
christian@salangolaw.com

Paul Saluja, Esquire (WVSB #6373)
**SALUJA LAW OFFICES, PLLC**
206 Capitol Street, Suite 400
Charleston, WV 25301
Telephone: (304) 755-1101
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**M.S.,**

**Plaintiff,**

**v.**

**Civil Action No. 3:23-cv-00046**

**Honorable Robert C. Chambers**

**AMAZON.COM, INC.,**
**a Delaware Corporation,**
**AMAZON.COM SERVICES LLC,**
**a Delaware Limited Liability Company, and**
**JOHN DOE ENTITIES 1-10,**

**Defendants.**

**Defendants.**

**CERTIFICATE OF SERVICE**

I, the undersigned counsel for Defendants, AMAZON.COM, Inc. and AMAZON.COM Services LLC, do hereby certify that the foregoing ***Joint Motion for Entry of Standard Agreed Protective Order*** has been filed with the Court on this 2nd day of January, 2024, using the CM/ECF system, which will serve/send notification of such filing to the following CM/ECF counsel of record:

Ben Salango, Esquire (WVSB #7790)
Christian A. Huffman, Esquire (WVSB #14205)
**SALANGO LAW, P.L.L.C.**
206 Capitol Street, Suite 206
Charleston, WV 25301
ben@salangolaw.com
christian@salangolaw.com
*Counsel for Plaintiff*

L. Lee Javins II, Esquire (WVSB #6613)
David A. Bosak, Esquire (WVSB #11947)
Taylor. M. Norman, Esquire (WVSB #13026)
**BAILEY JAVINS & CARTER LC**
213 Hale Street

Charleston, WV 25301
ljavins@bjc4u.com
dbosak@bjc4u.com
tnorman@bjc4u.com
*Counsel for Plaintiff*

Paul Saluja, Esquire (WVSB #6373)
**SALUJA LAW OFFICES, PLLC**
206 Capitol Street, Suite 400
Charleston, WV 25301
psaluja@salujalaw.com
*Counsel for Plaintiff*

*/s/ Erik W. Legg*
Joseph M. Farrell, Jr., Esquire (WVSB #1167)
Erik W. Legg, Esquire (WVSB #7738)
**FARRELL, WHITE & LEGG PLLC**
914 5th Avenue, P.O. Box 6457
Huntington, WV 25772-6457
Telephone: (304) 522-9100
Facsimile: (304) 522-9162
jmf@farrell3.com
ewl@farrell3.com
*Counsel for AMAZON.COM, Inc. and AMAZON.COM Services LLC*