**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**M.S.,**

    **Plaintiff,**

     **v.**

**AMAZON.COM, INC.,**
**a Delaware Corporation,**
**AMAZON.COM SERVICES LLC,**
**a Delaware Limited Liability Company, and**
**JOHN DOE ENTITIES 1-10,**

    **Defendants.**

**Civil Action No. 3:23-cv-00046**

**Honorable Robert C. Chambers**

## DEFENDANTS' NOTICE OF NON-PARTY FAULT

Defendants, AMAZON.COM, Inc. and AMAZON.COM Services LLC ("Defendants" or "Amazon"), respectfully file this notice of non-party fault pursuant to W. Va. Code Ann. § 55-7-13d. This is a case arising out of injuries allegedly sustained by the minor plaintiff, M.S, who claims to have been surreptitiously recorded while undressed, by Darrel Wells, an adult in whose home she was residing at the time pursuant to a foreign exchange education program operated by Council for Educational Travel of America, Inc.  Defendants come now to give notice that Darrel Wells and/or Council for Educational Travel of America, Inc. may be wholly or partially at fault. Mr. Wells is a criminal defendant in a pending prosecution in the Circuit Court of Cabell County, West Virginia, and both Mr. Wells and Council for Educational Travel of America, Inc. are defendants in a civil action brought by M.S., all of which arise out of the very same alleged acts of surreptitious recording upon which Plaintiff's Complaint is based in the above-captioned civil action.

WHEREFORE, Amazon respectfully gives notice that Darrel Wells and/or Council for Educational Travel of America, Inc. may be partially or wholly at fault in this case.

Respectfully submitted this 25th day of January, 2024.

Prepared By:

*/s/ Joseph M. Farrell, Jr.*
Joseph M. Farrell, Jr., Esquire (WVSB #1167)
Erik W. Legg, Esquire (WVSB #7738)
**FARRELL, WHITE & LEGG PLLC**
914 5th Avenue, P.O. Box 6457
Huntington, WV 25772-6457
Telephone:     (304) 522-9100
Facsimile:     (304) 522-9162
jmf@farrell3.com
ewl@farrell3.com
*Counsel for AMAZON.COM, Inc. and AMAZON.COM Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**M.S.,**

      **Plaintiff,**

      **v.**

**AMAZON.COM, INC.,**
**a Delaware Corporation,**
**AMAZON.COM SERVICES LLC,**
**a Delaware Limited Liability Company, and**
**JOHN DOE ENTITIES 1-10,**

      **Defendants.**


      **Defendants.**

**Civil Action No. 3:23-cv-00046**

**Honorable Robert C. Chambers**

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Defendants, AMAZON.COM, Inc. and AMAZON.COM Services LLC, do hereby certify that the foregoing *Defendants' Notice of Non-Party Fault* has been filed with the Court on this 25th day of January, 2024, using the CM/ECF system, which will serve/send notification of such filing to the following CM/ECF counsel of record:

Ben Salango, Esquire (WVSB #7790)
Christian A. Huffman, Esquire (WVSB #14205)
**SALANGO LAW, P.L.L.C.**
206 Capitol Street, Suite 206
Charleston, WV 25301
ben@salangolaw.com
christian@salangolaw.com
*Counsel for Plaintiff*

L. Lee Javins II, Esquire (WVSB #6613)
David A. Bosak, Esquire (WVSB #11947)
Taylor. M. Norman, Esquire (WVSB #13026)
**BAILEY JAVINS & CARTER LC**
213 Hale Street
Charleston, WV 25301
ljavins@bjc4u.com
dbosak@bjc4u.com

{F2256077.2 }         162010620.15

tnorman@bjc4u.com
*Counsel for Plaintiff*

Paul Saluja, Esquire (WVSB #6373)
**SALUJA LAW OFFICES, PLLC**
206 Capitol Street, Suite 400
Charleston, WV 25301
psaluja@salujalaw.com
*Counsel for Plaintiff*


*/s/ Joseph M. Farrell, Jr.*
Joseph M. Farrell, Jr., Esquire (WVSB #1167)
Erik W. Legg, Esquire (WVSB #7738)
**FARRELL, WHITE & LEGG PLLC**
914 5th Avenue, P.O. Box 6457
Huntington, WV 25772-6457
Telephone:     (304) 522-9100
Facsimile:     (304) 522-9162
jmf@farrell3.com
ewl@farrell3.com
*Counsel for AMAZON.COM, Inc. and AMAZON.COM Services LLC*

{F2256077.2 }
162010620.15